CLAYEO C. ARNOLD
A Professional Corporation
Clayeo C. Arnold, SBN 65070
CLIFFORD L. CARTER, SBN 149621
KIRK J. WOLDEN, SBN 138902
865 Howe Avenue
Sacramento, CA 95825
Telephone:   (916) 924-3100
Fax:   (916) 924-1829
Email:  kirk@justice4you.com

Ernest Cory (ASB-2279-Y83E)
F. Jerome Tapley (ASB-0583-A56T)
Hirlye R. "Ryan" Lutz, III (ASB-6641-E59L)
CORY WATSON CROWDER & DEGARIS, P.C.
2131 Magnolia Avenue
Birmingham, AL 35205
Telephone: (205) 328-2200
Facsimile: (205) 324-7896
Email: jtapley@cwcd.com

Michael F. Ram (SBN 104805)
mram@rocklawcal.com
RAM, OLSON, CEREGHINO & KOPCZYNSKI LLP
555 Montgomery Street, Suite 820
San Francisco, California  94111
Telephone:  (415) 433-4949
Facsimile:  (415) 433-7311

Attorney for Plaintiffs and the **CLASS**

U.S. DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| SEAN WHELAN, individually and on behalf of those similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>BDR THERMEA, BAXI GROUP, and MILES INDUSTRIES LTD.;<br><br>    Defendants. | Case No.:  3:11-cv-02146-EDL<br><br>STIPULATION AND ORDER FOR DISMISSAL OF CERTAIN DEFENDANTS WITHOUT PREJUDICE |

The parties, by and through their respective attorneys, stipulate to a dismissal of this action without prejudice as to defendants BDR Thermea and BAXI Group only, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.  The Court shall retain jurisdiction over and in connection with a tolling agreement between plaintiff on the one hand and dismissed defendants on the other executed in consideration for this dismissal, including said agreement's interpretation or enforcement.

SO STIPULATED:

Date: January 24, 2012

CLAYEO C. ARNOLD
A Professional Law Corporation

By: ____/s_____
KIRK J. WOLDEN
Attorney for Plaintiffs and Class

Date: January 24, 2012

LAW OFFICES OF JONES & DYER
A Professional Corporation

By: ____/s_____
GREGORY F. DYER
Attorney for Defendants,
BDR THERMEA and BAXI GROUP

**ORDER**

IT IS SO ORDERED.

Dated: January 25, 2012

*[Signature: Elizabeth D. Laporte]*
Judge Elizabeth D. Laporte
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA