CLAYEO C. ARNOLD
A Professional Corporation
Clayeo C. Arnold, SBN 65070
CLIFFORD L. CARTER, SBN 149621
KIRK J. WOLDEN, SBN 138902
865 Howe Avenue
Sacramento, CA 95825
Telephone:  (916) 924-3100; Fax:  (916) 924-1829
Email:  kirk@justice4you.com

Ernest Cory (ASB-2279-Y83E)
F. Jerome Tapley (ASB-0583-A56T)
Hirlye R. "Ryan" Lutz, III (ASB-6641-E59L)
CORY WATSON CROWDER & DEGARIS, P.C.
2131 Magnolia Avenue
Birmingham, AL 35205
Telephone: (205) 328-2200; Facsimile: (205) 324-7896
Email: jtapley@cwcd.com; rlutz@cwcd.com

Michael F. Ram SBN 104805
Kirk Boyd, SBN 122759
RAM, OLSON, CEREGHINO & KOPCZYNSKI LLP
555 Montgomery Street, Suite 820
San Francisco, California  94111
Telephone:  (415) 433-4949; Facsimile:  (415) 433-7311
Email:  mram@rocklawcal.com, kboyd@rocklawcal.com

Attorney for Plaintiffs and the **CLASS**

U.S. DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| SEAN WHELAN, individually and on behalf of those similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>BDR THERMEA, BAXI GROUP, and MILES INDUSTRIES LTD.; and DOES 1 through 25, inclusive,<br><br>    Defendants. | Case No.:  3:11-cv-02146-EDL<br><br>STIPULATION AND ~~PROPOSED~~ ORDER TO MODIFY CASE MANAGEMENT AND PRE-TRIAL ORDER RE CLASS CERTIFICATION BRIEFING AND HEARING SCHEDULE |

TO THIS HONORABLE COURT, AND TO ALL PARTIES, THROUGH THEIR RESPECTIVE ATTORNEYS:

WHEREAS, this court entered a Case Management and Pre-Trial Order For Jury Trial on January 17, 2012, which, at paragraph 3 thereof, sets specific dates for the hearing on and briefing schedule for Plaintiff's Class Certification Motion;

WHEREAS, the parties have been pursuing class certification discovery including depositions of defendant Miles Industries which had been scheduled for March 7-9, 2012;

WHEREAS, due to an unanticipated change in defense counsel Dyer's trial schedule which renders defense Miles' counsel unavailable for the depositions on March 7-9, 2012; and

WHEREAS, due to the same unanticipated trial conflicts, defense Miles' counsel will be unavailable for depositions of his client until the last week of March;

The parties, by and through their respective attorneys, stipulate to vacate the existing dates for briefing and the hearing dates on Plaintiff's motion to certify action as a class action and to set new dates as follows:

The Motion for Class Certification shall be heard on August 21, 2012, at 2:00 p.m. The Motion for Class Certification shall be filed by May 30, 2012. The Opposition to the Class Certification Motion shall be filed by June 29, 2012, and the Reply to the Class Certification Motion shall be filed by July 13, 2012.

SO STIPULATED.

Date: March 5, 2012

CLAYEO C. ARNOLD
A Professional Law Corporation

By: _____/S/_____
KIRK J. WOLDEN
Attorney for Plaintiffs and Class

///
///

| | |
|---|---|
| 1  Date: March 5, 2012 | LAW OFFICES OF JONES & DYER<br>A Professional Corporation |
| 2 | |
| 3 | |
| 4 | By: ____/S/_____<br>GREGORY F. DYER |
| 5 | Attorney for Defendants,<br>MILES INDUSTRIES LTD. |

**ORDER**

9  IT IS SO ORDERED.

10  Dated: ___March 12, 2012___

*/s/ Elijah D. Laporte*
UNITED STATES DISTRICT JUDGE

Stip & Prop'd Order to Modify CMC
Case No. 3:11-cv-02146-EDL                    3