1  Clayeo C. Arnold SBN 65070
   Clifford L. Carter, SBN 149621
2  Kirk J. Wolden, SBN 138902
   CLAYEO C. ARNOLD
3  A Professional Corporation
   865 Howe Avenue
4  Sacramento, CA 95825
   Telephone: (916) 924-3100
5  Facsimile: (916) 924-1829
   E-mail: kirk@justice4you.com
6
   F. Jerome Tapley (ASB-0583-A56T)
7  Hirlye R. "Ryan" Lutz, III (ASB-6641-E59L)
   CORY WATSON CROWDER & DEGARIS, P.C.
8  2131 Magnolia Avenue
   Birmingham, AL 35205
9  Telephone: (205) 328-2200
   Facsimile: (205) 324-7896
10 Email: jtapley@cwcd.com; rlutz@cwcd.com

11 Michael F. Ram, SBN 104805
   Kirk Boyd, SBN 122759
12 RAM, OLSON, CEREGHINO & KOPCZYNSKI LLP
   555 Montgomery Street, Suite 820
13 San Francisco, CA 94111
   Telephone: (415) 433-4949
14 Facsimile: (415) 433-7311
   Email: mram@rocklawcal.com; kboyd@rocklawcal.com
15
   *Attorneys for Plaintiff and the Class*
16

17                **UNITED STATES DISTRICT COURT**
                   **NORTHERN DISTRICT OF CALIFORNIA**
18                       **(SAN FRANCISCO DIVISION)**

19
   SEAN WHELAN, individually and on           Case No.: 3:11-cv-02146-EDL
20 behalf of those similarly situated,

21             Plaintiff,                     **STIPULATION AND ORDER VACATING**
           vs.                                **DEFENDANT'S MOTION TO COMPEL**
22                                            **AND MOTION FOR SANCTIONS**
   MILES INDUSTRIES LTD.
23

24             Defendant.

25

26

27
           The parties have reached an agreement that resolves the discovery dispute giving rise to the
28
   Motion to Compel (Docket No. 102) and Motion for Sanctions (Docket No. 107) filed with this Court on

   Case No. 3:11-cv-02146-EDL                    1
   Stipulation And Order Vacating Defendant's Motion To Compel And Motion For Sanctions

July 20, 2012.  The Motions are hereby vacated.  The parties' agreement is memorialized in Exhibits 1-5 to this stipulation.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:

DATED: August 3, 2012                         s/ F. Jerome Tapley
                                                                                 F. Jerome Tapley (ASB-0583-A56T)
Hirlye R. "Ryan" Lutz, III (ASB-6641-E59L)
CORY WATSON CROWDER & DEGARIS, P.C.
2131 Magnolia Avenue
Birmingham, AL  35205
Telephone: (205) 328-2200
Facsimile: (205) 324-7896
Email: jtapley@cwcd.com; rlutz@cwcd.com

Clayeo C. Arnold SBN 65070
Clifford L. Carter, SBN 149621
Kirk J. Wolden, SBN 138902
CLAYEO C. ARNOLD
A Professional Corporation
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 924-3100
Facsimile: (916) 924-1829
E-mail:  kirk@justice4you.com

Michael F. Ram, SBN 104805
Kirk Boyd, SBN 122759
RAM, OLSON, CEREGHINO & KOPCZYNSKI LLP
555 Montgomery Street, Suite 820
San Francisco, CA  94111
Telephone: (415) 433-4949
Facsimile: (415) 433-7311
Email: mram@rocklawcal.com;
kboyd@rocklawcal.com

*Attorneys for Plaintiff and the Class*

DATED: August 3, 2012                         s/Matthew J. Schleiffarth
                                                                                 **Gregory F. Dyer, SBN 114486**
**Kristen K. Preston, SBN 125455**
**Matthew J. Schleiffarth, SBN 260890**
**JONES & DYER**
**1800 J Street**
**Sacramento, California 95811**

| | |
|---|---|
| 1 | **Telephone: (916) 552-5959** |
| | **Fax: (916) 442-5959** |
| 2 | *Attorneys for Defendant Miles Industries, Ltd.* |

**ORDER**

Pursuant to the Stipulation of the Parties, IT IS SO ORDERED.

DATE: __August 6, 2012__     _____

Hon. Judge E.

*[Stamp: IT IS SO ORDERED / Judge Elizabeth D. Laporte / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*

---

Case No. 3:11-cv-02146-EDL                     3
Stipulation And Order Vacating Defendant's Motion To Compel And Motion For Sanctions