IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SEAN WHELAN,

        Plaintiff,

  v.

MILES INDUSTRIES,

        Defendant.
                          /

No. C -11-02146 EDL

**ORDER MODIFYING CASE MANAGEMENT AND PRETRIAL ORDER FOR JURY TRIAL**

On January 7, 2012, the Court issued a Case Management and Pretrial Order for Jury Trial setting pretrial and trial dates for this case. On September 12, 2012, the Court granted Plaintiff leave to amend the complaint to add named plaintiffs. Plaintiff filed the fourth amended complaint on September 18, 2012. Defendant has filed a motion to dismiss Plaintiff's fourth amended complaint, which is scheduled to be heard on November 6, 2012.

In the September 12, 2012 Order, the Court also required the parties to meet and confer to propose new pretrial and trial dates. The parties could not agree on a pretrial and trial schedule, and on September 24, 2012, they filed an Amended Joint Case Management Statement setting out their separate proposed schedules. The Court has reviewed the parties' proposals and amends the January 7, 2012 Case Management and Pretrial Order for Jury Trial as follows.

1. Last day to file motion for class certification     November 20, 2012

2. Last day to file opposition to motion for class certification     December 18, 2012

3. Last day to file reply to opposition to motion for class certification     January 15, 2013

4. Hearing on motion for class certification     February 12, 2013 at 9:00 a.m.

| | | | |
|---|---|---|---|
| 5. | Deadline to complete fact discovery | | January 14, 2013 |
| 6. | Deadline to disclose initial experts | | February 18, 2013 |
| 7. | Deadline to disclose rebuttal experts | | March 18, 2013 |
| 8. | Deadline to complete expert discovery | | April 1, 2013 |
| 9. | Last day to file dispositive motions | | April 16, 2013 |
| 10. | Last day to hear dispositive motions | | May 28, 2013 at 9:00 a.m. |
| 11. | Pretrial conference | | July 30, 2013 at 2:00 p.m. |
| 12. | Jury trial | | August 19, 2013 at 8:30 a.m. |

In all other respects, the January 7, 2012 Case Management and Pretrial Order for Jury Trial remains in effect.

IT IS SO ORDERED.

Dated: October 2, 2012

ELIZABETH D. LAPORTE
United States Magistrate Judge