1  Clayeo C. Arnold, SBN 65070
   Clifford L. Carter, SBN 149621
2  Kirk J. Wolden, SBN 138902
   CLAYEO C. ARNOLD
3  A Professional Corporation
   865 Howe Avenue
4  Sacramento, CA 95825
   Telephone: (916) 924-3100
5  Facsimile: (916) 924-1829
   Email: kirk@justice4you.com
6
   F. Jerome Tapley (ASB-0583-A56T)
7  Hirlye R. "Ryan" Lutz, III (ASB-6641-E59L)
   CORY WATSON CROWDER & DEGARIS, P.C.
8  2131 Magnolia Avenue
   Birmingham, AL 35205
9  Telephone: (205) 328-2200
   Facsimile: (205) 324-7896
10 Email: jtapley@cwcd.com; rlutz@cwcd.com

11 Michael F. Ram, SBN 104805
   Karl Olson, SBN 104760
12 Kirk Boyd, SBN 122759
   RAM, OLSON, CEREGHINO & KOPCZYNSKI LLP
13 555 Montgomery Street, Suite 820
   San Francisco, California 94111
14 Telephone: (415) 433-4949
   Facsimile: (415) 433-7311
15 Email: mram@rocklawcal.com; kboyd@rocklawcal.com

16 Attorneys for Plaintiffs and the Class

17
18                    **UNITED STATES DISTRICT COURT**
                     **NORTHERN DISTRICT OF CALIFORNIA**
                          **(SAN FRANCISCO DIVISION)**
19

20 SEAN WHELAN, CHARLENE ROTANDI,          ) Case No.: 3:11-cv-02146-EDL
   and EDHI ROTANDI, individually and on   )
   behalf of those similarly situated,     ) **STIPULATION AND [PROPOSED]**
21                                         ) **ORDER EXTENDING THE TIME FOR**
                  Plaintiffs,              ) **PLAINTIFFS TO FILE THEIR REPLY IN**
22        vs.                              ) **SUPPORT OF PLAINTIFFS' MOTION**
                                           ) **FOR CLASS CERTIFICATION**
23 MILES INDUSTRIES LTD.                   )
                                           )
24              Defendant.                 )

25        Whereas the Plaintiffs filed their Renewed Motion for Class Certification (Docket No.
26 167) on November 20, 2012; and,
27        Whereas the Defendant filed its Opposition to the Renewed Motion for
28 Class Certification (Docket No. 169) on December 18, 2012; and,


3:11-cv-02146-EDL                              1

Whereas Plaintiffs' Reply In Support Of Plaintiffs' Motion for Class Certification is due to be filed on or before January 15, 2013; and,

Whereas pursuant to the Court's order of December 31, 2012 (Docket No. 187) the parties participated in mediation with Hon. Edward A. Infante (Ret.) on January 10, 2013; and,

Whereas, the Parties made progress toward resolution of the class claims and will continue to pursue these efforts with the assistance of the mediator.

The Parties hereby stipulate by and through Counsel of record that the deadline for Plaintiffs to file their Reply In Support Of Plaintiff's Renewed Motion for Class Certification shall be filed on or before January 22, 2013.

Dated: 1/14/13         /s/ F. Jerome Tapley
                       F. Jerome Tapley, Attorney for Plaintiffs

Dated: 1/14/13         /s/ Kirk J. Wolden
                       Kirk J. Wolden, Attorney for Plaintiffs

Dated: 1/14/13         /s/ Michael F. Ram
                       Michael F. Ram, Attorney for Plaintiffs

Dated: 1/14/13         /s/ Gregory F. Dyer
                       Gregory F. Dyer, Attorney for Defendant

## [PROPOSED] ORDER

IT IS SO ORDERED

Dated: January 15, 2013         _____
                                 UNITED STATES MAGISTRATE JUDGE