| | |
|---|---|
| 1 | **JONES & DYER** |
|   | **A Professional Corporation** |
| 2 | **1800 J Street** |
|   | **Sacramento, California 95811** |
| 3 | **Telephone: (916) 552-5959** |
|   | **Fax: (916) 442-5959** |
| 4 | |
|   | **GREGORY F. DYER, SBN 114486** |
| 5 | **KRISTEN K. PRESTON, SBN 125455** |
|   | **MATTHEW J. SCHLEIFFARTH, SBN 260890** |
| 6 | Attorneys for Defendant Miles Industries, Ltd. |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | | |
|---|---|---|
| 10 | SEAN WHELAN, CHARLENE ROTANDI ) | NO.   3:11-CV-02146-EDL |
|    | and EDHI ROTANDI individually and on ) |       3:11-CV-02378-EDL (related case) |
| 11 | behalf of those similarly situated, ) | |
|    |  ) | **STIPULATION AND [PROPOSED] ORDER** |
| 12 | Plaintiffs, ) | **MODIFYING SCHEDULING ORDER** |
|    |  ) | **[DOCKET NO. 141]** AS MODIFIED |
| 13 | vs. ) | |
|    |  ) | |
| 14 | MILES INDUSTRIES, LTD. ) | Date:  February 22, 2013 |
|    |  ) | Time:  9:30 a.m. |
| 15 | Defendant. ) | Courtroom E, 15th Floor, San Francisco |
|    | _____ ) | Hon. Magistrate Judge Elizabeth D. Laporte |

WHEREAS, the court scheduled the hearing on plaintiffs' Renewed Motion for Class Certification on February 22, 2013;

WHEREAS, all briefing on the Renewed Motion for Class Certification was to be complete not later than January 22, 2013;

WHEREAS, the parties participated in mediation on January 10, 2013, made progress towards resolution of the class claims, and will continue to pursue these efforts with the assistance of the mediator on March 4, 2013;

WHEREAS, class counsel Michael F. Ram has a pre-paid vacation the week of February 18-22, 2013;

The parties hereby stipulate that subject to the court's approval, the class certification hearing be continued from February 22, 2013, to April 9, 2013, at 9:00 a.m.; and

///

STIPULATION AND [PROPOSED] ORDER MODIFYING SCHEDULING ORDER [DOCKET NO. 141]
**CASE NO. 3:11-CV-02146-EDL (3:11-CV-02378-EDL, related case)**
1

1   The parties further hereby stipulate that, subject to court approval, the deadline to disclose
2   initial experts be extended from February 18, 2013, to March 18, 2013, with rebuttal experts to be
3   disclosed not later than April 18, 2013, and expert discovery completed not later than May 1, 2013.

4   Dated: February 5, 2013                    RAM, OLSON, CEREGHINO & KOPCZYNSKI

6                                              By:   /s/   Michael F. Ram
                                                     MICHAEL F. RAM
7                                                    Attorneys for Plaintiffs

8   Dated: February 5, 2013                    JONES & DYER
9

10                                             By:   /s/   Gregory F. Dyer
                                                     GREGORY F. DYER
11                                                   KRISTEN K. PRESTON
                                                     MATTHEW J. SCHLEIFFARTH
12                                                   Attorneys for Defendant Miles Industries, Ltd.

The Motion to Compel, currently scheduled for hearing on March 26, 2013, is being rescheduled to April 9, 2013, at 9:00 a.m. to be heard at the same time as this motion. The briefing schedule shall remain unchanged.

**It is so ordered.**

Dated: February 6, 2013

IT IS SO ORDERED AS MODIFIED

/s/ Elizabeth D. Laporte
Judge Elizabeth D. Laporte

HONORABLE
MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER MODIFYING SCHEDULING ORDER [DOCKET NO. 141]
**CASE NO. 3:11-CV-02146-EDL (3:11-CV-02378-EDL, related case)**
2