Kirk J. Wolden, SBN 138902
Clifford L. Carter, SBN 149621
CARTER WOLDEN CURTIS, LLP
1111 Exposition Blvd., Suite 602
Sacramento, CA 95815
Telephone: (916) 567-1111
Facsimile: (916) 567-1112
Email: kirk@cwclawfirm.com; cliff@cwclawfirm.com

F. Jerome Tapley (*Pro Hac Vice*)
Hirlye R. "Ryan" Lutz, III (*Pro Hac Vice*)
CORY WATSON CROWDER & DEGARIS, P.C.
2131 Magnolia Avenue
Birmingham, AL 35205
Telephone: (205) 328-2200
Facsimile: (205) 324-7896
Email: jtapley@cwcd.com; rlutz@cwcd.com

Michael F. Ram, SBN 104805
RAM, OLSON, CEREGHINO & KOPCZYNSKI LLP
555 Montgomery Street, Suite 820
San Francisco, California 94111
Telephone: (415) 433-4949
Facsimile: (415) 433-7311
Email: mram@rocklawcal.com; kboyd@rocklawcal.com

*Attorneys for Plaintiffs and the Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| MELISSA PANICO, individually and as mother and next friend of, SIGNE WHELAN and OSCAR WHELAN, and SEAN WHELAN, individually and as father and next friend of, SIGNE WHELAN and OSCAR WHELAN,<br><br>Plaintiffs,<br>vs.<br><br>MILES INDUSTRIES LTD.<br><br>Defendant. | Case No.: 3:11-cv-02378-EDL<br>3:11-cv-02146-EDL (related case)<br><br>[PROPOSED] MODIFICATION TO CASE MANAGEMENT AND PRETRIAL ORDER FOR JURY TRIAL |

WHEREAS:

1. Following the Further Case Management Conference held on April 30, 2013, the Court entered its Case Management and Pretrial Order for Jury Trial dated May 10, 2013.

2. The May 10, 2013 Order was entered based on the understanding that Signe Whelan was scheduled for surgery on or about June 27. 2013; and

3. Signe Whelan is now scheduled for surgery on or about September 19, 2013.

IT IS HEREBY STIPULATED and agreed by the PARTIES that the May 10, 2013 Case Management and Pretrial Order for Jury Trial be modified in the following specific manner:

1. TRIAL DATE

a. Jury trial will begin on May 5, 2014, at 8:30 a.m. in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102. Any party who wants to order a daily transcript must notify the Court Reporter Supervisor at least weeks before the trial.

b. The length of the trial will not be more than 10 days.

2. DISCOVERY

a. All non-expert discovery pertaining to the personal injury claims shall be completed no later than December 13, 2013. The deadline to complete the non-expert discovery pertaining to the consumer claims has passed. There will be no further non-expert discovery after that date except by order of the Court for good cause shown. Motions to compel non-expert discovery must be filed within the time limits contained in Civil Local Rule 37-3.

b. Initial expert disclosures shall be made no later than January 6, 2014 for the consumer claims and January 21, 2014 for the personal injury claims. Rebuttal expert disclosures shall be made no later than January 20, 2014 for the consumer claims. There is no rebuttal deadline for the personal injury claims. All treating physicians who will provide opinion testimony beyond that which can be provided by a lay person must be disclosed as expert witnesses, but they need not prepare expert reports unless ordered to do so by the Court.

c. All expert discovery shall be completed no later than February 15, 2014 for the consumer claims and March 7, 2014 for the personal injury claims. There will be no further expert discovery after that date except by order of the Court for good cause shown. Motions to compel expert discovery must be filed within the time limits contained in Civil Local Rule 37-3.

3.   MOTIONS

The last day for hearing dispositive motions regarding the consumer claims shall be January 20, 2014 ~~20~~ 21, at 2:00 pm. Dispositive motions shall be served and filed no later than November 15, 2013. Briefing shall be in compliance with Civil Local Rule 7-3. The deadline to hear dispositive motions pertaining to the personal injury claims has passed.

4.   PRETRIAL CONFERENCE

a.   A pretrial conference shall be held on April 15, 2014 at 2:00 p.m. in Courtroom E, 15th Floor. Each party shall attend personally or by lead counsel who will try the case.

IT IS SO STIPULATED:

Date: August 30, 2013            JONES & DYER


                                 By:_____/s/_____
                                      KRISTEN PRESTON
                                      Attorney for Defendants


Date: August 30, 2013            CARTER WOLDEN CURTIS, LLP


                                 By:_____
                                      KIRK J. WOLDEN
                                      Attorney for Plaintiffs

IT IS SO ORDERED:

Date: August ___, 2013           _____
      Sept 9, 2013                    ELIZABETH D. LAPORTE
                                      United States Chief Magistrate Judge